Philip Sopsay v. The State.

No. 6033.   Decided January 12, 1921.

Burglary—Sentence—Practice on Appeal.

Where, the transcript failed to show sentence, this court has no jurisdiction and the appeal is dismissed.   Following Thomas v. State, 87 Texas Crim. Rep., 153.

Appeal from the District Court of Cameron.   Tried below before the Honorable Walter F. Timon.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

MORROW, Judge.—The appellant was charged with burglary, and the verdict and judgment against him is the basis of this appeal.

No sentence is found in the record, in the absence of which the jurisdiction to pass upon the merits of the case does not attach.   Thomas v. State, 87 Texas Crim. Rep., 153, 219 S. W., 1101.

The appeal is dismissed.

*Dismissed.*